J. MICHAEL HOSTERMAN, ESQ. (SBN 76820)
The Law Offices of J. Michael Hosterman
555 Peters Avenue, Suite 115
Pleasanton, CA  94566

Telephone:  (925) 426-8000
Facsimile:   (925) 426-8001
Attorney for Plaintiff,
HOWARD HERTZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOWARD HERTZ,

                Plaintiff,              No.  2:08-cv-02568-JAM-DAD

vs.

CHRISTOPHER LEE MILIUS;         STIPULATION TO EXTEND
 BARRETT MOVING & STORAGE       EXPERT WITNESS
OF CALIFORNIA, INC.; and            DISCLOSURE DATE AND
DOES 1 to 20,                                ORDER

                Defendants./

     IT IS HEREBY STIPULATED by and between plaintiff, HOWARD HERTZ,

through his attorney, J. Michael Hosterman, and defendants, CHRISTOPHER LEE MILIUS

and  BARRETT MOVING & STORAGE OF CALIFORNIA, INC., through their attorney,

Andrew S. Werner, that the date for disclosure of expert witnesses, in this above-entitled matter,

is extended to November 9, 2009.  This extension is necessary to allow the parties additional

**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DATE AND
PROPOSED ORDER**

time to comply with the requirements of Federal Rule of Civil Procedure 26(a)(2).

This stipulation will not affect the balance of the Status (Pre-Trial Scheduling) Order signed by United States District Judge John A. Mendez dated February 20, 2009.

DATED: _____         By_____
                             J. MICHAEL HOSTERMAN, ESQ.
                             Attorney for Plaintiff, Howard Hertz


DATED: _____   By_____
                             ANDREW S. WERNER, ESQ.
                             Attorney for Defendants, Christopher Lee Milius
                             and Barrett Moving & Storage of California, Inc.


## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the date for disclosure of expert witnesses is hereby extended to November 9, 2009.  This date for disclosure will not affect the balance of the Status (Pre-Trial Scheduling) Order dated February 20, 2009.


Dated: October 8, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge


**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DATE AND PROPOSED ORDER**

2